**WO**                                                                                                    SC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| Torrance Derrick Mincey, | ) | No. CV 12-0303-PHX-GMS (LOA) |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Joseph M. Arpaio, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff Torrance Derrick Mincey, who is confined in the Arizona State Prison Complex, East Unit, in Florence, Arizona, filed a *pro se* civil rights Complaint pursuant to 42 U.S.C. § 1983. In an Order filed on April 6, 2012, the Court dismissed the Complaint with leave to file an amended complaint within 30 days. (Doc. 8.) On April 13, 2012, Plaintiff filed a motion for an extension of time in which to file an amended complaint, copies of his Complaint and filings from a state case, and asks that he not be assessed court costs. Plaintiff fails to indicate the reason for seeking an extension of time or how much additional time he requests. Nevertheless, the Court will grant him an additional 20 days to file a First Amended Complaint. A copy of Plaintiff's Complaint will be sent to Plaintiff. The balance of the relief requested will be denied.

Plaintiff in part appears to seek to have the assessment for the filing fee for this action vacated. Federal statutes impose a filing fee for any litigant to commence a civil case in federal court. 28 U.S.C. § 1914. As the Court's prior Order, and the court-approved form

**JDDL-K**

for a prisoner seeking leave to proceed *in forma pauperis,* informed Plaintiff, a *prisoner* who is granted leave to proceed *in forma pauperis* is statutorily required to pay the filing fee of $350.00.  (Doc. 8, citing 28 U.S.C. § 1915(b)(1)).  Plaintiff cites no authority, nor is the Court aware of any, that permits the Court to vacate the assessment of a filing fee. Accordingly, Plaintiff's motion will be denied to the extent that he seeks to have the assessment for the filing fee vacated.

Plaintiff also asks the Court to provide him a copy of his Complaint in this case and copies of documents from a state court case filed by him, which he seeks to assist in drafting an amended complaint.  Plaintiff is reminded that a copy of the Complaint from this case will be forwarded to Plaintiff.  However, Plaintiff's request to have copies of documents from his state court case will be denied.  Plaintiff must contact the state court, i.e., Maricopa County Superior Court, to obtain copies of those documents.[1]

**Warnings**

## A.    Release

Plaintiff must pay the unpaid balance of the filing fee within 120 days of his release. Also, within 30 days of his release, he must either (1) notify the Court that he intends to pay the balance or (2) show good cause, in writing, why he cannot.  Failure to comply may result in dismissal of this action.

## B.    Address Changes

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure.  Plaintiff must not include a motion for other relief with a notice of change of address.  Failure to comply may result in dismissal of this action.

/      /      /

---

[1] In its prior Order, the Court cited information contained in state court minute orders, some of which may be viewed on-line.  However, Plaintiff's filings in his special action and any responses thereto, are not available on-line and federal courts do not possess or maintain copies of state court filings.

1    **C.    Copies**

2        Plaintiff must submit an additional copy of every filing for use by the Court.  <u>See</u>

3    LRCiv 5.4.  Failure to comply may result in the filing being stricken without further notice

4    to Plaintiff.

5    **D.    Possible "Strike"**

6        Because the Complaint has been dismissed for failure to state a claim, if Plaintiff fails

7    to file an amended complaint correcting the deficiencies identified in the April 6, 2012 Order,

8    the dismissal may count as a "strike" under the "3-strikes" provision of 28 U.S.C. § 1915(g).

9    Under the 3-strikes provision, a prisoner may not bring a civil action or appeal a civil

10   judgment *in forma pauperis* under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior

11   occasions, while incarcerated or detained in any facility, brought an action or appeal in a

12   court of the United States that was dismissed on the grounds that it is frivolous, malicious,

13   or fails to state a claim upon which relief may be granted, unless the prisoner is under

14   imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

15   **E.    Possible Dismissal**

16       If Plaintiff fails to timely comply with every provision of the April 6, 2012 Order and

17   this Order, including these warnings, the Court may dismiss this action without further

18   notice.  <u>See</u> <u>Ferdik</u>, 963 F.2d at 1260-61 (a district court may dismiss an action for failure to

19   comply with any order of the Court).

20   **IT IS ORDERED:**

21       (1)    Plaintiff's motion for an extension of time is **granted in part** and **denied in**

22   **part**.  The motion is **granted** to the extent set forth below and otherwise **denied**.  (Doc. 10.)

23       (2)    Plaintiff is granted an additional **20 days** from the original deadline set in the

24   April 6, 2012 Order, doc. 8, in which to file a first amended complaint in compliance with

25   the April 6, 2012 Order, doc. 8.

26       (3)    If Plaintiff fails to file an amended complaint within the extension granted

27   herein, the Clerk of Court must, without further notice, enter a judgment of dismissal of this

28   action with prejudice that states that the dismissal may count as a "strike" under 28 U.S.C.

1  § 1915(g).

2      (4)    The Clerk of Court must mail Plaintiff a copy of his Complaint, doc. 1.

3      DATED this 16th day of April, 2012.

4

5                                                G. Murray Snow

6                                        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mincey, Torrance P769637
Name and Prisoner/Booking Number
**Lower Buckeye Jail**          13 B 4
Place of Confinement
**3250 W. Lower Buckeye Rd.**
Mailing Address
**Phoenix, Az.   85009**
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

| FILED | LODGED |
|---|---|
| X FILED | ___ LODGED |
| ___ RECEIVED | ___ COPY |

**FEB 1 4 2012**

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

TORRANCE MINCEY
(Full Name of Plaintiff)                Plaintiff,

vs.

(1) JOE ARPAIO /
(Full Name of Defendant)

(2) MARICOPA COUNTY SHERIFFS DEPARTMENT

(3) _____

(4) _____
                    Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CIV '12 0303 PHX GMS LOA**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: 4 Ave Jail / O Yard Tents. Phoenix

Revised 3/9/07                                1                                **550/555**

## B. DEFENDANTS

1. Name of first Defendant: _Joe Arpaio / department M.C.S.O_ . The first Defendant is employed as:
_Maricopa County Sheriff_ at _4 ave Jail / tents O'yard_ .
   (Position and Title)                                    (Institution)

2. Name of second Defendant: _____ . The second Defendant is employed as:
_____ at _____ .
   (Position and Title)                                    (Institution)

3. Name of third Defendant: _____ . The third Defendant is employed as:
_____ at _____ .
   (Position and Title)                                    (Institution)

4. Name of fourth Defendant: _____ . The fourth Defendant is employed as:
_____ at _____ .
   (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?        ☐ Yes        ☑ No

2. If yes, how many lawsuits have you filed? _____ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____ .

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____ .

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____ .
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: XIII Amendment, 4 Due
Process of Law, 18 Imprisonment for debt VII Cruel/unusual punishment / Double Jeopardy

2. **Count I.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: INVOLUNTARY SERVITUDE

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I WAS COURT ORDERED TO WORK RELEASE FOR FALLING BEHIND ON MY CHILD SUPPORT ON 4-23-08. I BELIEVE THAT THE JUDGES COURT ORDER'S WOULD HAVE WORKED GREAT FOR ME AND MY COURT OBLIGATIONS. BECAUSE I HAD JUST GOT A NEW JOB; AND THEY HAD ALL READY STARTED TAKING MONEY OUT OF MY CHECK TO SHOW GOOD FAITH... AGAINST COURT ORDER THE M.C.S.O. KEPT ME LOCKED IN COUNTY JAIL WORKING ME AS AN IN JAIL TRUSTEE; UNDER THE THREAT OF DISCIPLINARY ACTION BEING BROUGHT AGAINST ME AND LOSING ALL PRIVILEGES FOR NOT COMPLYING WITH THE REGULATIONS AND RULES FOR INMATES. THIS PREVENTED ME FROM KEEPING MY JOB AND MAKING MY SCHEDULE PAYMENTS AS COURT ODERED. WHILE I WORK FOR THE M.C.S. OFFICE FOR FREE,,, 5 TO 6 MONTHS IN 1 TO 2 OUT IN BACK IN AGAIN BECAUSE I COULDN'T FIND ANOTHER JOB; BEHIND ON PAYMENTS, ADDITIONAL FEES AND INTEREST TO THE CURRENT SUM OF 45,000⁰⁰ INSTEAD OF 8000⁰⁰ 2½ YEARS OF COMPOUND INTEREST ON TOP OF WORKING WHILE BEING INCARCERATED FOR THE SHREIFF OFFICE FOR FREE PUSH ME TO THE BRINK OF DEPRESSION AND CONFUSION
   7 PAGE ADDITION

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   FIANCIAL LOSS / EMOTIONAL DISTRESS

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?
   b. Did you submit a request for administrative relief on Count I?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court       ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                          ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count III?                    ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?           ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Punitive Damage : 10 Million
Financial Loss : 3 Time Annual Salary
Emotional Distress : 2 Million

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    2 - 8 - 2012
_____
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

2

With my Hand's Tied, Being Beiting Bar's Has Created
An Almost impossible debt to Pay Back. Then Finding
out There was nothing in my Pass Keeping me
From going, I Filed A Civil Complaint Tort action
in superior Court 157 Habeas Corpus; LLC And I
Like to inform you That The Sheriff Office
Lied To The court's when They said I was
convicted of Rape... And The endangerment was over
20 year's old And was A Class 6 Non dangerous..
But any How, Please Invstigate The Finding in Llc complaint
The Sheriff Off, ce used To Keep me From Partici pating in work Release...

**Lost another Job That month**  5-28-09 The court Found it Appropriate To in-
vestigate whether or not The Maricopa County
Sheriff's office Can control Any order with
The Regards To work Release: On 6-25-09
The state gave There Finding of The qualifications
For me to participate, And I was ordered To
Participate once Again This Time it said Shall...
instead of other wise Eligble; I still was not
Release To work release As oder. On 7-30-09 I was
Released From custody with Purge being Reduce To
zero; But still being Held Accountable For additinal
Fee's And Interest After Working For The Jn'L 8 To 10 Hours
A day For Free I Had grown Tired of Trying to
untangle A mistake That was made when I was
Lock up For Child support. I was Trying to pay...
Real Bad Luck I Say, Looking For A Job now,

③

my world turn up side down I had lost everthing 45 000°° Behind instead of 8,000°° and Interest and additinal Fee's still going and the court still Holding me in Contemp don't that Bet all... 2½ years of Free work 8to10 Hour's A day, As my complains seem to go unanswer why was I not Payed For my work?.. Welcome to the Club of disaffection I turn to panhhanding trying to get money to look For A Job, I started geting depress no home to go to, I turn to boozing Because I was confersed and looking For something that could PusH THE bad though's out of my mind, I was still trying To Find work But nothing came my why, same old story we'll Call you... I sank into Further desPair knowing, I'm going to Be Lock up once again thing's are looking bad; and I get a call From the union they say I have to Be retrained I'v been off work For to Long, good thing Ther'e going to pay me For my training I Had to go To gLob Az I stayed in a van at the K.O.A. and ate can Food to be able to send 260 doller's For my daughter yet they call me a dead-Bet wow... I get back and I'm wating For The union to Call and looking For something to do tell Them same old story we'll Call you", where we got some thing. I didn't want to go to court on 2-10-10 Because I knew No money, Back to Jail to and


④

WORK FOR FREE, AND I didn't WANT THAT I
HAd enough To LAST me a Life Time... BECAUSE
THE SAME SYSTEM THAT WAS SUPPOSE TO HELP ME
LeT me And my FAMILY down, And THIS WAS
A CHoice between dignity and servitude "Between
COMMITMENT And indifference. A CHoice between
WRIGHT and WRONG and I've Been done WRONG.
ON 5-26-10 I WAS ARRETed and order To work
ReLeAse once again and THE M.C.S.O. office
did THE SAME THING ONCE again Working me AS
A inHouse TRUStee 8 TO 10 HOURS
A dAY DisRegARding THE "Judge's oder's. ON
6-16-10 Judge PRo Tem SKiff AND I WHERE ON a PHone
Review HeaRing And He ask me How Was THE work
ReLeAse WORKing out; I Told Him I'm soRRy to
SAY THAT I HAVeN'T Been PUT in workReLeAse
He ASK me To HAVe A SGT. uRe SHiT COMMAndeR
To geT ON THe PHoNe And He THeM WHAT THey
WHERe going To do!! YOU Need To LiSTeN To THe
audio TAPe So you CAN HEAR EVER THING THAT
WAS SAid because THE minuTe eNTRY don'T
HAVe eVeRY THing... you Know; WAS ON workReLeAse
TRU Weeks And MAde 60 dolleR cuTing GRASS in
TOOK IT down Towns To CHild SupBRT; And THAT when
I TouNd out ABouT Being 45,000oo BeHind in STeAd
OF 8,000oo I ASK you meAN TO TeLL me THERe
HoLding me AccounTABLe FOR INTEREST And

⑤

Additional Fees? As if all the stress of being incarcerated working daily under the threat of losing my privileges was'nt enough and having to do it for free to wow. I started boozing a lot, and I got a d.u.i. on the 1st, of July 10 to add to my problems. But they drop it after 4 day's back to work release I go looking for a job again, came back under the influence, put on the 0 yard for 30 day's, got back over to work release and I found a job, I went to court to try to get work hour's modify M-2-10 so I could get there on time, and was told if they can't wate tell he changes my hour's at next court date to find a new occupation "And that did it," the old man had finally broke down, I said this dosen't seem like it's about the money its "Punishment... Another Job gone!! and that was my last day in them cold tent's I could'nt take it any more, I walk off and didn't come back. I recognize how high flying words can be deployed in the service of cynical aims and how the noblest sentiments can be subverted in the name of power and "Intolerance" Because I walk off, well look at the hold picture before you judge "I took all I could take" and then some... In such a climate, any assertion of shared ideals or common values might seem hopelessly naive



July 19 2010 D.U.I. THAT WAS DROPPED, and I HAVE been Held EVERY sence NOT WORKING Because I Have A Pending CHANGE, it's funny How THiNG's HAVO TURN OUT THEY WANT TO give ME 6 TO 10 YEAR'S For THE D.U.I. WiTcH I don't understand FOR I HAVE'NT Been in Any Trouble iN over 7½ YEAR'S, I Believe ITS BeHind my COMPLAINING ABout THE SYSTEM... I JUST LOST my mother ON THE 3 of Feb 2010 To add To my pROblem's ALSO...

I HAVE Been seeing A PsycHologisT FOR my depresson, I KNOW I going To PRISON For D.U.I. Because I'm TAKING ResPonsibiliTY FOR my Action, I've Been TAKING Cognitive ResTrucTuring CLASSIES, AND AA ToBeTTen myself And i musk say THAT THERE bringing me CLoser To mysel IN god And THAT'S A ViCTorY WITHIN iTSELF, FOR I see THiNG's MORE CLEARLY NOW And iT IS WHAT iT iS; I TURN To boozing Because my Life WAS TURN up side down TRYING To UN Tangle a misTAKE THAT WAS made WHEN I WAS Locked up For CHiLd SUPPORT I WAS TRYING To Pay! BUT NOT ALLOW To... I Would Like For THE COURT To INVESTiGATE THE LLC STATEMENT'S MADE By THE SHReiff office; AND ALSO do AN INVESTigATION ON my HoLd CHiLd SUPPorT CASE MiNUTE ENTRY



and PLease Listen To The TAPes of The
enclose DATes for I Have Been done Rong,
And don't forget To Run A "(N.C.I.C.)" on
PAss Covictions; The SHReiff office HAS
Lied... I Just Hope The Count's CAN un
TANGLE THIS mess, ANd give me Justice
for IT's Been a long Time coming THANK's
For you're Time With MATTer, I'M not
A deAd Bet dad I'm one Who HAve been
done Rong By The system... I need
HeLP...

                    SINceRiLy
                     ToRRANce Mincey
                     Torrance Mincey

    CAse #
    DR 1999-0100631
    CR 2011-101886-001

# MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO SHERIFF

# C E R T I F I C A T I O N

I hereby certify that on this date ___February 9, 2012_____,

I mailed the original and one copy (1)  to the Clerk of the United States District Court, District of
Arizona.

I further certify that copies of the original have been forwarded to:

_____    Hon _____United States District Court, District of Arizona.

_____    Hon_____United States District Court, District of Arizona.

_____    Attorney General, State of Arizona.

_____    Judge, _____, Superior Court, Maricopa County, State of
Arizona.

_____    County Attorney_____, Maricopa County, State of Arizona,

_____    Public Defender _____, Maricopa County, State of Arizona.

_____    Attorney _____

_____    _____

_____

_____
INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                          06/02/08